

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00287-CR

---

IN RE ERIC DRAKE, RELATOR

---

ORIGINAL PROCEEDING

---

September 18, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Eric Drake, Relator, seeks a writ of mandamus from this Court directing the Honorable Judge Tammy Kemp and the assigned, Honorable Judge Michael Snipes to recuse themselves from Drake's criminal case pending in the 204th Criminal District Court for Dallas County. As we are without authority to issue a mandamus against the respondents, we dismiss the petition for want of jurisdiction.

A court of appeals may issue writs of mandamus against a judge of a district or county court in its geographic district and may issue writs necessary to enforce its jurisdiction. TEX. GOV'T. CODE ANN. § 22.221(a), (b). Drake has directed his mandamus petition against judges presiding over a district court which is not located within the geographic district for the Seventh Court of Appeals. *See* TEX. GOV'T. CODE ANN.

§ 22.201(h) (identifying counties composing the Seventh Court of Appeals District). Accordingly, we are without authority to issue a writ of mandamus against a judge of the 204th Criminal District Court unless the writ is necessary to enforce our jurisdiction. *See* TEX. GOV'T. CODE ANN. § 22.221(a). Drake has not demonstrated that our jurisdiction is implicated here.

Therefore, we dismiss Drake's petition for writ of mandamus for want of jurisdiction.[1]

Per Curiam

Do not publish.

---

[1] We, likewise, deny Drake's pending "Relator's Motion for Temporary Stay" and "Relator's Motion for Change of Venue and Transfer" for want of jurisdiction.